**Dismiss and Opinion Filed June 7, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-87-00492-CV**

**REGIONAL ELECTRIC PRODUCTS CORPORATION, Appellant**
**V.**
**METALURGICA SCHULZ, S. A., Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 83-4824-G**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Myers

We reinstate this appeal. In 1987, we abated this case due to bankruptcy. *See*

TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public

Access to Court Electronic Records (PACER) system which does not show a

pending bankruptcy case associated with this appeal.

We notified the parties by letter, requesting they inform the Court of the status

of the bankruptcy and of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. *See id*. 42.3(b),(c).  To

date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id*. 42.3(b),(c); *Brewer v. Admiral Ins. Co*., 2002 WL 31312990, at \*1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).

870492f.p05

/Lana Myers//
LANA MYERS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

REGIONAL ELECTRIC
PRODUCTS CORPORATION,
Appellant

No. 05-87-00492-CV          V.

METALURGICA SCHULZ, S. A.,
Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. 83-4824-G.
Opinion delivered by Justice Myers.
Justices Partida-Kipness and Garcia
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 7th day of June, 2021.